# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1546

_____

| | | |
|---|---|---|
| Bobby S. Smith, SS#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, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Kenneth S. Apfel, Commissioner, | * | |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: August 31, 1998
Filed: September 3, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Bobby Smith appeals the district court's[1] order granting summary judgment to the Commissioner and affirming the Commissioner's decision to deny Smith disability insurance benefits and supplemental security income. Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court for the reasons set forth in its memorandum. See 8th Cir. R. 47B.

_____

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.